# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| In re: EVANS, DONALD TERRY | § | Case No. 12-31075 |
| EVANS, SANDRA KAY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN CLIFTON CONINE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $196,825.00<br>*(without deducting any secured claims)* | Assets Exempt: $45,560.00 |
| Total Distribution to Claimants: $721.38 | Claims Discharged<br>Without Payment: $32,109.25 |
| Total Expenses of Administration: $813.62 | |

3) Total gross receipts of $ 2,657.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 1,122.00 (see **Exhibit 2**), yielded net receipts of $1,535.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $175,375.00 | $23,473.65 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 813.62 | 813.62 | 813.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,549.43 | 18,624.90 | 15,564.05 | 721.38 |
| **TOTAL DISBURSEMENTS** | $207,924.43 | $42,912.17 | $16,377.67 | $1,535.00 |

4) This case was originally filed under Chapter 7 on June 22, 2012. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2014          By: /s/JOHN CLIFTON CONINE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refunds | 1224-000 | 2,657.00 |
| **TOTAL GROSS RECEIPTS** | | $2,657.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Donald Terry Evans | Tax refund | 8500-002 | 1,122.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,122.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IBERIABANK | 4210-000 | 23,715.00 | 23,473.65 | 0.00 | 0.00 |
| NOTFILED | Community Trust Bank | 4110-000 | 9,938.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans | 4110-000 | 141,722.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $175,375.00 | $23,473.65 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN CLIFTON CONINE | 2100-000 | N/A | 383.75 | 383.75 | 383.75 |
| JOHN CLIFTON CONINE | 2200-000 | N/A | 69.87 | 69.87 | 69.87 |
| Clerk US Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $813.62 | $813.62 | $813.62 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ouachita Valley Federal Credit Union | 7100-000 | 3,011.06 | 3,060.85 | 3,060.85 | 141.87 |
| 3 | Ouachita Valley Federal Credit Union c/o | 7100-000 | N/A | 3,060.85 | 0.00 | 0.00 |
| 4 | GE Capital Retail Bank | 7100-000 | 2,656.79 | 2,656.79 | 2,656.79 | 123.14 |
| 5 | GE Capital Retail Bank | 7100-000 | 5,772.00 | 5,916.99 | 5,916.99 | 274.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | GE Capital Retail Bank | 7100-000 | 3,298.00 | 3,383.48 | 3,383.48 | 156.82 |
| 7 | Capital One, N.A. | 7100-000 | 545.00 | 545.94 | 545.94 | 25.30 |
| NOTFILED | Sears Credit Cards | 7100-000 | 2,733.00 | N/A | N/A | 0.00 |
| NOTFILED | Service Experts | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 3,652.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 8,622.54 | N/A | N/A | 0.00 |
| NOTFILED | Glenwood Regional Medical Center | 7100-000 | 2,160.04 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $32,549.43 | $18,624.90 | $15,564.05 | $721.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-31075

**Case Name:** EVANS, DONALD TERRY
EVANS, SANDRA KAY

**Period Ending:** 07/11/14

**Trustee:** (380030) JOHN CLIFTON CONINE

**Filed (f) or Converted (c):** 06/22/12 (f)

**§341(a) Meeting Date:** 08/13/12

**Claims Bar Date:** 07/31/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence, West Monroe, LA | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 | Community Trust Bank checking account | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Bedroom Suite | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Dining Room Suite | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Refrigerator | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Stove | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Washer & Dryer | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Microwave | 35.00 | 0.00 | | 0.00 | FA |
| 9 | TV's | 100.00 | 0.00 | | 0.00 | FA |
| 10 | VCR | 25.00 | 0.00 | | 0.00 | FA |
| 11 | Miscellaneous Household Goods & Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 13 | 2007 Toyota Tundra | 23,715.00 | 0.00 | | 0.00 | FA |
| 14 | Tax Refunds  (u)<br>   02/04/14 mlw -- represents the 2012 federal and<br>state tax refunds, from which the debtors' pro rata<br>share was returned to them. | 0.00 | 0.00 | | 2,657.00 | FA |
| **14** | **Assets   Totals** (Excluding unknown values) | **$196,825.00** | **$0.00** | | **$2,657.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

8-13-12 mlw -- 341 cont.

9-10-12 mlw -- 341 mtg held;  file NDR;

04/09/2013 mlw -- case closed as no-asset report;

4/15/2013 mlw -- "D" submitted state and fed tax refunds;

04/29/13 mlw -- tax refs collected; filed Motion to reopen case and Notice of Assets.

04/29/13 mlw -- Per calculations (QD), estate's share of tax refs is $1275; fee to reopen due Clerk $260; balance to D.

04/30/13 mlw -- called "D" and told her ck would be mailed for her share of tax refs

05/01/13 mlw -- mailed ltr to "D" with ck for $1122 for their share of tax refs; mailed ck to Clerk for reopen fee;

06/15/13 mlw -- will be ready to TFR when bar date arrives;   bar date 7-31-13  ;

08/04/13 mlw -- claims imported; need to review and check on claims #2/#3 -- appear to be duplicates;

11/11/13 - Obj Dup Clms and TFR;

02/04/14 mlw -- resolved problem with duplicate claims (#2 & 3 - creditor w/d claim #3 per email in QD); reviewed rest of claims; all OK; reviewed assets and expenses

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-31075
Case Name: EVANS, DONALD TERRY
EVANS, SANDRA KAY
Period Ending: 07/11/14

Trustee: (380030) JOHN CLIFTON CONINE
Filed (f) or Converted (c): 06/22/12 (f)
§341(a) Meeting Date: 08/13/12
Claims Bar Date: 07/31/13

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

and prepared TFR;

02/12/14 mlw -- TFR and NFR filed; hearing date 3-20-14;

03/21/2014 mlw -- Order of DIstribution; posted-follow-up to TDR when all cks have cleared;

07/11/14 mlw -- prepared and emailed TDR to UST NOLA; mailed bank statements to UST NOLA;

Initial Projected Date Of Final Report (TFR): September 30, 2014    Current Projected Date Of Final Report (TFR): February 12, 2014  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 12-31075 | | **Trustee:** | JOHN CLIFTON CONINE (380030) | |
| **Case Name:** | EVANS, DONALD TERRY | | **Bank Name:** | Rabobank, N.A. | |
| | EVANS, SANDRA KAY | | **Account:** | ******8966 - Checking Account | |
| **Taxpayer ID #:** | **-***5417 | | **Blanket Bond:** | $31,229,046.00  (per case limit) | |
| **Period Ending:** | 07/11/14 | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/13 | {14} | Donald Evans | 927; Tax Refund Colorado 12; Money Gram | 1224-000 | 338.00 | | 338.00 |
| 04/15/13 | {14} | US Treasury | Tax Refund Fed 2012; | 1224-000 | 2,319.00 | | 2,657.00 |
| 04/30/13 | 101 | Clerk US Bankruptcy Court | Re-open Fee; | 2700-000 | | 260.00 | 2,397.00 |
| 04/30/13 | 102 | Donald Terry Evans | Tax refund | 8500-002 | | 1,122.00 | 1,275.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,265.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,255.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,245.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,235.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,225.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,215.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,205.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,195.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,185.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,175.00 |
| 03/21/14 | 103 | JOHN CLIFTON CONINE | Dividend paid 100.00% on $69.87, Trustee Expenses;  Reference: | 2200-000 | | 69.87 | 1,105.13 |
| 03/21/14 | 104 | JOHN CLIFTON CONINE | Dividend paid 100.00% on $383.75, Trustee Compensation;  Reference: | 2100-000 | | 383.75 | 721.38 |
| 03/21/14 | 105 | Ouachita Valley Federal Credit Union | Dividend paid   4.63% on $3,060.85; Claim# 2; Filed: $3,060.85; Reference: 5559 | 7100-000 | | 141.87 | 579.51 |
| 03/21/14 | 106 | GE Capital Retail Bank | Dividend paid   4.63% on $2,656.79; Claim# 4; Filed: $2,656.79; Reference: X4061 | 7100-000 | | 123.14 | 456.37 |
| 03/21/14 | 107 | GE Capital Retail Bank | Dividend paid   4.63% on $5,916.99; Claim# 5; Filed: $5,916.99; Reference: 0284 | 7100-000 | | 274.25 | 182.12 |
| 03/21/14 | 108 | GE Capital Retail Bank | Dividend paid   4.63% on $3,383.48; Claim# 6; Filed: $3,383.48; Reference: XXX XXXX XXX787 9 | 7100-000 | | 156.82 | 25.30 |
| 03/21/14 | 109 | Capital One, N.A. | Dividend paid   4.63% on $545.94; Claim# 7; Filed: $545.94; Reference: XXXX XXXX XXXX 6713 | 7100-000 | | 25.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,657.00 | 2,657.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,657.00 | 2,657.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,657.00** | **$2,657.00** | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-31075 |
| Case Name: | EVANS, DONALD TERRY |
| | EVANS, SANDRA KAY |
| Taxpayer ID #: | **-***5417 |
| Period Ending: | 07/11/14 |

| | |
|---|---|
| Trustee: | JOHN CLIFTON CONINE (380030) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******8966 - Checking Account |
| Blanket Bond: | $31,229,046.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8966** | **2,657.00** | **2,657.00** | **0.00** |
| | **$2,657.00** | **$2,657.00** | **$0.00** |